UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL C. RIVERA, III,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA J. BONDI, et al.,<br><br>Defendants. | Case No.:  21-cv-213-RSH-DEB<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 58] |

On May 14, 2026, the Parties filed a Joint Motion to Dismiss. ECF No. 58. The stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 15, 2026

Hon. Robert S. Huie
United States District Judge

1

23-cv-837-RSH-LR